

Cynthia A. Kagiwada #7969
P.O. Box 368
Kaneohe, HI 96744
Telephone: (808) 230-4430
c_kagiwada@hotmail.com

Attorney for Defendant
ROBERT LUM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00560-01 SOM |
| | ) |
| Plaintiff, | ) EX PARTE ORDER |
| vs. | ) REGARDING TRANSCRIPT |
| | ) |
| ROBERT LUM (01), | ) |
| | ) |
| Defendant. | ) |
| | ) |

**EX PARTE ORDER REGARDING TRANSCRIPT**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00560-01 SOM |
| | ) |
| Plaintiff, | ) EX PARTE ORDER |
| vs. | ) REGARDING TRANSCRIPT |
| | ) |
| ROBERT LUM (01), | ) |
| | ) |
| Defendant. | ) |
| | ) |

**EX PARTE ORDER REGARDING TRANSCRIPT**

On October 12, 2004, the Court heard the motion of defense counsel, Clayton Kimoto, to withdraw as counsel for Defendant ROBERT LUM. The Court ordered a portion of that hearing sealed. On December 12, 2005, Defendant filed a Notice of Appeal. On December 16, 2005, Defendant designated the transcripts necessary for the appeal, which included the October 12, 2004 hearing. Accordingly, the Court orders the preparation of the transcript of the October 12, 2004 hearing, including the sealed portion.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, 1/13/06

_____
UNITED STATES MAGISTRATE JUDGE