IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. __04-00448__

Short Case Title __USA v. Zachariah Dodge__

Date Notice of Appeal Filed by Clerk of District Court __1/19/06__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| 1/18/06 | Cynthia Fazio | Sentencing Hearing    ~~Pre-Trial Proceedings~~ |
| 2/10/05 | Tape - ESR | **Change of Plea Hearing**    Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __1/25/06__     Estimated date for completion of transcript __2/25/06__

Print Name of Attorney __James S. Gifford, Assistant Federal Defender__    Phone Number __(808) 541-2521__

Signature of Attorney _____

Address __Office of the Federal Public Defender, 300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96850__

**SECTION B** - To be completed by court reporter

I, __Cynthia Fazio__ (signature of court reporter) _____ have received this designation.

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date __2/25/06__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __2/24/06__    Court Reporter's Signature __Cynthia Fazio__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia    __03/02/06__    BY: _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK