AO 245B (Rev. 12/03)  Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00560-001 | Judgment - Page 2  of  6 |
| DEFENDANT: | ROBERT LUM, aka "Bobby Lum," | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  TWO HUNDRED FORTY (240) MONTHS .

[✔]     The court makes the following recommendations to the Bureau of Prisons:
1) Terminal Island; 2) Sheridan; 3) 500 Hour Comprehensive Drug Treatment Program; 4) Educational and Vocational Training.

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___ .
[ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___ .
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 8 2006

at 9 o'clock and 45 min. AM
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on  9-13-06  to  FCI, Sheridan
at  Sheridan, Oregon , with a certified copy of this judgment.

Charles A. Daniels
UNITED STATES MARSHAL  Warden

By  Debra Kester, LTE
Deputy U.S. Marshal