# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  September 28, 2006

To:  United States Court of Appeals   Attn:  ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                         (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103       ( )   Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:  CR 03-00560 SOM        Appeal No:  05-10835
Short Title:  USA vs. Lum

| | | |
|---|---|---|
| Clerk's Files in | 4 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 5 | volumes (✓) original ( ) certified copy<br>7/1/04, 8/24/04, 8/26/04, 12/9/04, 11/18/04 |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: Transcript on 10/12/04.  Docs: 100, 179, 215, 248, 347, 349, 353, 378, 383, 386, 417, 431, 432, 446, 460, 468, 478, 481, 488, 484, 493, 495, 499, 508, 534, 536, 537.

Acknowledgment: _____   Date: _____

cc: