# MEMORANDUM

TO: Records Unit
United States District Court - Honolulu
300 Ala Moana Boulevard, Room C-338
Honolulu, HI 96850
(808) 541-3587

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JAN 1 7 2007
DISTRICT OF HAWAII

FROM: Toni Smith / Chris Redenbo (208) 334-1612
Judge Trott's Chambers
550 West Fort Street, Room 667
Boise, ID 83724

*CR 03-00560 SOM*

RE: **US v. Lum**
**05-10835**

DATE: January 11, 2007

Please find the enclosed record from the above listed case. Please sign and return the form at the bottom acknowledging receipt.

Thank you.

_____    DATE: _____

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

# MEMORANDUM

Date:       September 13, 2006

TO:         Clerk's Office
            USDC Hawaii (Honolulu)

FROM:       Steve Seferian, Records Unit Supervisor

SUBJECT:    Request for Record on Appeal

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10835 | USA v. Lum | CR-03-00560-1-SOM |

**Please send record directly to:**

Judge STEPHEN TROTT
U.S. COURTHOUSE
550 W. FORT STREET, SUITE 667
BOSIE ID 83724-0040

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: September 28, 2006

To: United States Court of Appeals    Attn: ( )    Civil
For the Ninth Circuit
Office of the Clerk                  (✓)    Criminal
95 Seventh Street
San Francisco, California 94103      ( )    Judge

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:     CR 03-00560 SOM     Appeal No:    05-10835

Short Title:    USA vs. Lum

Clerk's Files in    4    volumes (✓) original ( ) certified copy

Bulky docs           volumes (folders) docket #

Reporter's Transcripts    5    volumes (✓) original ( ) certified copy
7/1/04, 8/24/04, 8/26/04, 12/9/04, 11/18/04

Exhibits              volumes ( ) under seal

                    boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: Transcript on 10/12/04. Docs: 100, 179, 215, 248, 347, 349, 353, 378, 383, 386, 417, 431, 432, 446, 460, 468, 478, 481, 488, 484, 493, 495, 499, 508, 534, 536, 537.

Acknowledgment: _____ Date: _____

cc: