-ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 4 2007

at __ o'clock and 40 min. A M.
SUE BEITIA, CLERK

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District HAWAII | |
|---|---|---|
| Name of Movant ROBERT LUM | Prisoner No. 95160-022 | Case No. 03-00560-01 SOM |
| Place of Confinement FEDERAL CORRECTIONAL INSTITUTION SHERIDAN, OREGON | | |

UNITED STATES OF AMERICA    V.    ROBERT LUM
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack __UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII__

2. Date of judgment of conviction __December 2, 2005__

3. Length of sentence __240 months__

4. Nature of offense involved (all counts) __Title 21 §§841 and 841(b)(1)(A), Title 21 §846 with enhancements Title 21 §§ 851 and 841(b)__

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)    N/A
   (a) Jury ☐
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☒ No ☐    Testified at the motion to withdraw the guilty plea.

8. Did you appeal from the judgment of conviction?
   Yes ☒ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT__

   (b) Result __AFFIRMED__

   (c) Date of result __February __, 2007__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐  No ☒

11. If your answer to 10 was "yes," give the following information:   N/A

    (a)(1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐  No ☐

    (5) Result _____

    (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court _____

    (2) Nature of proceeding _____

    (3) Grounds raised _____

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: Ineffective Assistance of Counsel

Supporting FACTS (state *briefly* without citing cases or law) Mr Emmett E. Lee Loy provided ineffective assistance of counsel, when he allowed the government to partially read off the colloquy rights under F.R. Cr.P. Rule 11(c).

B. Ground two: Mr. Lee Loy violated defendant's due process rights

Supporting FACTS (state *briefly* without citing cases or law): Mr. Lee Loy did not have the court admonish all of the colloquy rights under F.R.Cr.P. Rule 11(c).

C. Ground three: The United States District Court for the District of Hawaii violated defendant's due process rights.

Supporting FACTS (state *briefly* without citing cases or law): The District Court did not completely admonish all of the colloquy rights to where the defendant knowingly understood all of his rights under F.R. Cr.P. Rule 11(c).

AO 243 (Rev. 5/85)

D. Ground four: <u>Witnesses provided false information to acquire the indictment</u>

Supporting FACTS (state *briefly* without citing cases or law): <u>Donald Morton and the F.B.I. provided false information to get the intrapment sting to arrest defendant.</u>

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: <u>This defendant did not, and still does not understand all proceedings and procedures without a whole lot of help.</u>

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

    (a) At preliminary hearing <u>CLAYTON KIMOTO</u>

    (b) At arraignment and plea <u>EMMETT LEE LOY (change of plea)</u>

    (c) At trial <u>CYNTHIA A. KAGIWADA (motion to withdraw guilty plea)</u>

    (d) At sentencing <u>CYNTHIA A. KAGIWADA</u>

AO 243 (Rev. 5/85)

(e) On appeal  CYNTHIA A. KAGIWADA

(f) In any post-conviction proceeding  none

(g) On appeal from any adverse ruling in a post-conviction proceeding  none

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐    N/A

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11/26/07
(date)

_____
Signature of Movant