ROBERT LUM 3B
95160-022
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
SHERIDAN, OREGON 97378

LEGAL MAIL

UNITED STATES DISTRICT COURT
OF HAWAII

SUITE 7104

300 ALA MOANA BOULEVARD

HONOLULU, HAWAII 96850-5269

FEDERAL CORRECTIONAL INSTITUTION
27072 BALLSTON ROAD
P.O. BOX 8000
SHERIDAN, OR. 97378-5001
DATE: NOV 2 9

"SPECIAL MAIL"

The enclosed letter was processed
through special mailing procedures for
forwarding to you. The letter has been
neither opened nor inspected. If the
writer raises a question or problem over
which this facility has jurisdiction, you
may wish to return the material for
further information or clarification. If
the writer encloses correspondence for
forwarding to another addressee, please
return the enclosed to the above
address.



AD 11/28/07 E/W

== LEGAL MAIL ==

QUALITY PARK
9 ½ x 12 ½