AO 240 (1/94)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

# United States District Court

DEC 04 2007

─── DISTRICT OF ───

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

HAWAII
        Plaintiff

V.

ROBERT LUM
        Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 03-00560-01 SOM

I, __Robert Lum__ declare that I am the (check appropriate box)

[x] petitioner/plaintiff/movant      [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration __F.C.I. Sheridan, Oregon__

    Are you employed at the institution? __yes__ Do you receive any payment from the institution? __yes__

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [X] Yes    [ ] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. __F.C.I. Sheridan (kitchen)__

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | [ ] | [X] |
    | b. | Rent payments, interest or dividends | [ ] | [X] |
    | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
    | d. | Disability or workers compensation payments | [ ] | [X] |
    | e. | Gifts or inheritances | [ ] | [X] |
    | f. | Any other sources | [ ] | [X] |

    **If the answer to any of the above is "Yes" describe each source of money and state the amount received and**

AO 240 (1/94)

4. Do you have any cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ☐ Yes  ☒ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  **none**

I declare under penalty of perjury that the above information is true and correct.

__11/21/07__   _____(signature)_____
   DATE              SIGNATURE OF APPLICANT

                                    _____ csw ___
                                       NAME            TITLE
                                    "Authorized by the Act of July 27,
                                     1955, to administer oaths
            **CERTIFICATE**              (18 USC 4004)."

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __0.23__ on account to his/her credit at (name of institution) __FCI SHERIDAN, OREGON__. I further certify that the applicant has the following securities to his/her credit: __NONE KNOWN__

_____. I further certify that during the past six months the applicant's

_DAILY_
average balance was $ __30.55__

__11-26-07__    _____(signature)_____
   DATE              SIGNATURE OF AUTHORIZED OFFICER

## Inmate Statement



| Inmate Reg #: | 95160022 | Current Institution: | Sheridan FCI |
| Inmate Name: | LUM, ROBERT | Housing Unit: | SHE-C-R |
| Report Date: | 11/26/2007 | Living Quarters: | C05-117L |
| Report Time: | 12:19:57 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| SHE | 11/22/2007 10:04:14 PM | TFN1122 | | | Phone Withdrawal | ($4.00) | | $0.23 |
| SHE | 11/14/2007 6:46:21 PM | 49 | | | Sales | ($19.40) | | $4.23 |
| SHE | 11/9/2007 9:39:36 AM | TFN1109 | | | Phone Withdrawal | ($5.00) | | $23.63 |
| SHE | 11/8/2007 3:35:23 PM | HIPP1007 | | | Payroll - IPP | $27.37 | | $28.63 |
| SHE | 11/8/2007 3:07:32 PM | 47 | | | Sales | ($9.45) | | $1.26 |
| SHE | 10/12/2007 9:48:50 AM | TFN1012 | | | Phone Withdrawal | ($5.00) | | $10.71 |
| SHE | 10/11/2007 6:48:45 PM | 40 | | | Sales | ($1.65) | | $15.71 |
| SHE | 10/11/2007 6:47:08 PM | 39 | | | Sales | ($23.50) | | $17.36 |
| SHE | 10/5/2007 4:18:00 PM | HIPP0907 | | | Payroll - IPP | $24.99 | | $40.86 |
| SHE | 9/7/2007 12:36:36 PM | G7177 | | | FRP Quarterly Pymt | ($25.00) | | $15.87 |
| SHE | 9/7/2007 12:20:52 PM | GIPP0807 | | | Payroll - IPP | $25.00 | | $40.87 |
| SHE | 8/29/2007 10:49:26 PM | TFN0829 | | | Phone Withdrawal | ($3.00) | | $15.87 |
| SHE | 8/22/2007 6:50:51 PM | 42 | | | Sales | ($27.60) | | $18.87 |
| SHE | 8/9/2007 2:40:08 PM | GIPP0707 | | | Payroll - IPP | $35.00 | | $46.47 |
| SHE | 8/6/2007 6:50:31 PM | 33 | | | Sales | ($18.70) | | $11.47 |
| SHE | 7/26/2007 6:39:27 PM | 24 | | | Sales | ($24.10) | | $30.17 |
| SHE | 7/19/2007 6:40:02 PM | 29 | | | Sales | ($28.10) | | $54.27 |
| SHE | 7/12/2007 7:06:00 PM | 38 | | | Sales | ($42.10) | | $82.37 |
| SHE | 7/9/2007 10:34:42 AM | GIPP0607 | | | Payroll - IPP | $24.00 | | $124.47 |
| SHE | 7/6/2007 12:35:43 PM | TFN0706 | | | Phone Withdrawal | ($7.00) | | $100.47 |
| SHE | 7/5/2007 5:28:56 PM | 96 | | | Sales | ($82.95) | | $107.47 |
| SHE | 7/3/2007 11:20:17 AM | TFN0703 | | | Phone Withdrawal | ($20.00) | | $190.42 |
| SHE | 7/1/2007 6:04:05 PM | 33319607 | | | Western Union | $200.00 | | $210.42 |
| SHE | 6/14/2007 7:45:44 PM | 56 | | | Sales | ($20.25) | | $10.42 |
| SHE | 6/7/2007 11:19:30 PM | TFN0607 | | | Phone Withdrawal | ($7.00) | | $30.67 |
| SHE | 6/7/2007 2:54:04 PM | G7127 | | | FRP Quarterly Pymt | ($25.00) | | $37.67 |
| SHE | 6/7/2007 2:34:16 PM | GIPP0507 | | | Payroll - IPP | $22.68 | | $62.67 |
| SHE | 6/6/2007 5:08:47 AM | 70184501 | | | Lockbox - CD | $20.00 | | $39.99 |
| SHE | 6/2/2007 11:46:53 AM | TFN0602 | | | Phone Withdrawal | ($1.00) | | $19.99 |
| SHE | 5/27/2007 11:03:45 PM | TFN0527 | | | Phone Withdrawal | ($1.00) | | $20.99 |
| SHE | 5/7/2007 4:05:09 PM | GIPP0407 | | | Payroll - IPP | $12.60 | | $21.99 |
| SHE | 4/26/2007 8:00:11 PM | 66 | | | Sales | ($10.75) | | $9.39 |
| SHE | 4/19/2007 10:28:22 PM | TFN0419 | | | Phone Withdrawal | ($5.00) | | $20.14 |

| Alpha Code | Date | Ref | | Description | Amount | Balance |
|---|---|---|---|---|---|---|
| SHE | 4/11/2007 8:37:38 PM | TFN0411 | | Phone Withdrawal | ($1.00) | $25.14 |
| SHE | 4/10/2007 12:20:21 PM | GIPP0307 | | Payroll - IPP | $5.25 | $26.14 |
| SHE | 3/9/2007 9:58:29 AM | G7082 | | FRP Monthly Pymt | $0.00 | $20.89 |
| SHE | 3/9/2007 9:42:31 AM | GIPP0207 | | Payroll - IPP | $20.04 | $20.89 |

Total Transactions: 37

Totals: ($0.62)   $0.00

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| SHE | $0.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.23 |
| Totals: | $0.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.23 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $379.04 | $400.80 | $30.55 | $28.63 | $10.32 | N/A | N/A |