ROBERT LUM
95160-022
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 5000
SHERIDAN, OREGON 97378

UNITED STATES
DISTRICT COURT OF HAWAII
C/O COURT CLERK
300 ALA MOANA BLVD.
RM. 6100 PJKK BLDG.
HONOLULU, HAWAII 96850

LEGAL MAIL

FEDERAL CORRECTIONAL INSTITUTION
27072 BALLSTON ROAD
SHERIDAN, OR. 97378-5001

DATE: _____

"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.